IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-227-D

PEN-TECH ASSOCIATES, INC., )
)
            Plaintiff, )
)
v. ) **ORDER**
)
DANIEL KAN, MICHAEL KIM, )
THE GAME LAB, LLC, )
HUNG NGUYEN, MATEO PEREZ, )
and 4D AMUSEMENT, LLC, )
)
            Defendants. )

Having reviewed the record, the court DENIES plaintiff's motion for entry of default against defendants 4D Amusements, LLC and Mateo Perez [D.E. 16]; cf. [D.E. 17, 22, 28]. The court GRANTS entry of default against defendant The Game Lab, LLC.

SO ORDERED. This 13 day of September, 2022.

                                                      JAMES C. DEVER, III
                                                      United States District Judge