UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00227-D

| | |
|---|---|
| PEN-TECH ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL P. KANG, a/k/a DANIEL )<br>CHUNG; MICHAEL KIM, THE GAME )<br>LAB, LLC, HUNG NGUYEN a/k/a )<br>MICHAEL NGUYEN, MATEO PEREZ, )<br>and 4D AMUSEMENT, LLC, )<br>)<br>Defendants. ) | **ENTRY OF DEFAULT AGAINST<br>DEFENDANT MICHAEL KIM** |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and it has been made to appear to the Court, upon affidavit, motion or otherwise that:

1. Plaintiff Pen-Tech Associates, Inc. ("Plaintiff") filed its Complaint in this action on June 6, 2022. [D.E. 1].

2. On August 3, 2022, Defendant Michael Kim was properly served with the Summons and Complaint in this matter.

3. Defendant Michael Kim is not an infant, incompetent persons or otherwise under disability.

4. Defendant Michael Kim has failed to answer or otherwise plead in response to the Complaint in the time provided by the Federal Rules of Civil Procedure.

NOW THEREFORE, default is hereby entered against Defendant Michael Kim in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 29 day of November, 2022.

_____
Clerk, United States District Court